IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CLARENCE BROWN,**

    **Petitioner,**

v.                                                           **No. 11-cv-0917 MV/SMV**

**ERASMO BRAVO, Warden,**
**ATTORNEY GENERAL OF THE STATE**
**OF NEW MEXICO,**

    **Respondents.**

**ORDER GRANTING PETITIONER'S MOTION FOR STATUS REPORT**

THIS MATTER is before the Court on Petitioner's Letter [Doc. 17] ("Motion for Status Report").[1] On May 1, 2012, Petitioner submitted a letter advising of his new address and requesting a "status report on [his] case." *Id.* The Court, being fully advised in the premises, FINDS that the motion is well-taken and should be GRANTED.

The Petitioner filed the underlying Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 By a Person in State Custody [Doc. 1] on October 12, 2011. Respondents answered on December 20, 2011. Respondents' Answer to Petition for Writ of Habeas Corpus (28 U.S.C. § 2254) [Doc. 9]. On March 19, 2012, The Honorable Martha Vázquez, United States District Judge, referred the case to the undersigned for legal analysis and a recommended disposition. Order of Reference Relating to Bankruptcy Appeals, Social Security Appeals, Prisoner Cases, Non Prisoner Pro Se Cases, and Immigration Habeas Corpus Proceedings [Doc. 11].

---

[1] Petitioner is incarcerated, proceeding *in forma pauperis*, and appearing pro se. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. 2] at 2, ¶ 6; Order [Doc. 3].

The Court is reviewing the pleadings to determine whether the state-court record of Petitioner's criminal prosecution is needed. If the state-court record is required, the Court will advise the parties, and the Respondents will produce it. However, in the meantime, no further submissions are needed from either party.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Petitioner's Letter [Doc. 17] ("Motion for Status Report") is **GRANTED**, and the status report is contained herein.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**